# United States District Court

Eastern ──────────── DISTRICT OF ──────────── Massachusetts

2004 JUL 26 P 12: 72

Julee Hansen, et al.

V.

Indevus Pharmaceuticals, Inc., et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04CV11145GAO

TO: (Name and address of defendant)

Indevus Pharmaceuticals, Inc.
C/O Registered Agent, CSC
84 State Street
Boston, MA 02109

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edward J. Barshak, Esquire
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street
Boston, MA 02114

20

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(BY) DEPUTY CLERK

DATE  JUL 16 2004

| RETURN OF SERVICE | |
|---|---|
| also served civil action cover sheet, first amended complaint, tracking order A | |
| Service of the Summons and Complaint was made by me[1] | DATE July 20, 2004 |
| NAME OF SERVER (PRINT) Michael B. Fixman | TITLE Constable A Disinterested Person |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): served in hand to Bernardo Montanez, process clerk for Corporation Service Company and agent authorized to accept service on behalf of Indevus Pharmaceuticals, Inc. Served at 84 State St., 5th fl, Boston, MA.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    July 20, 2004
               _____                    _____
               Date                               Signature of Server

                                   72 Hancock St., Everett, MA
                                   _____
                                   Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.