UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JULEE HANSEN; SHARON MILLER; LILLIAN  :
RODRIGUEZ; NORMA BOZARTH; PATRICIA  .
DABBS; FRANCES DEAN; LURA DILLARD;  :
LINDA DOBSON; SHA'RON DOWNING;  :
ALAND DRYDEN,
                                                   :

     Plaintiffs,                      :     Civil Action
v.                                                 .     No. 04-11145-GAO
                                                   :
INDEVUS PHARMACEUTICALS, INC., F/K/A  :
INTERNEURON PHARMACEUTICALS, INC.;  :
WYETH, INC., F/K/A AMERICAN HOME  :
PRODUCTS CORPORATION; WYETH
PHARMACEUTICALS, INC F/K/A WYETH-  :
AYERST PHARMACEUTICALS, INC., A  :
DIVISION OF AMERICAN HOME PRODUCTS  .
CORPORATION; AND BOEHRINGER
INGELHEIM PHARMACEUTICALS, INC.,  :
                                                   :
     Defendants.                      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT INDEVUS PHARMACEUTICALS, INC.**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Indevus Pharmaceuticals, Inc.

("Indevus"), hereby submits the following corporate disclosure statement: Indevus, a Delaware

Corporation, has no parent corporation, and no publicly held corporation owns 10% or more of

its stock.

Dated:  August 9, 2004
            Boston, Massachusetts

Respectfully submitted,

/s/Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP

Of Counsel:
Barbara Wrubel
Katherine Armstrong
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000

One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800


Counsel for Defendant,
Indevus Pharmaceuticals, Inc.

2